# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:23CR10 |
| vs. | ) | |
| | ) | ORDER |
| LONNIE JAMES EMBERS and LUIS PEREZ, | ) | |
| Defendants. | ) | |

This matter is before the court on defendants' Lonnie James Embers and Luis Perez's, Unopposed Motions to Continue Trial [114] and [115]. For the reasons set forth in the motions, the undersigned magistrate judge finds good cause to grant the continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motions to Continue Trial [114] and [115] are granted, as follows:

1. The jury trial, **for Lonnie James Embers and Luis Perez**, now set for February 6, 2024, is continued to **April 9, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 9, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. The Unopposed Motion to Continue Jury Trial [113] is denied as moot.

**DATED: January 26, 2024**

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge

8:23-cr-00010-BCB-SMB Doc # 117 Filed: 01/26/24 Page 2 of 2 - Page ID # 292